# SHEATS & BAILEY, PLLC

*Serving the Construction Industry*

Edward J. Sheats
Jason B. Bailey
Diana I. Plue*
Anthony C. Galli
*also admitted in MA

Of Counsel
Patience E. Schermer
Richard D. Boyle

P.O. Box 586
Liverpool, NY 13088

Phone 315.676.7314
Fax 315.676.7189*
*fax not for service of papers

theconstructionlaw.com
theconstructionlaw.nyc

January 4, 2022

**Via e-mail to chambersnysdseibel@nysd.uscourts.gov**

The Hon. Cathy Seibel
U. S. District Court, Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

> Glad the parties were able to work it out. The 1/6/22 conference is canceled. The Clerk of Court shall terminate ECF No. 61.
>
> SO ORDERED.
>
> /s/ Cathy Seibel   1/4/22
> CATHY SEIBEL, U.S.D.J.

Re: William Bray and John Landor, in their individual capacities and on behalf of others similarly situated v. New York Gypsum Floors Inc., and Stephen P. Phillips, Case No. 7:21-cv-2340-CS (Fair Labor Standards Act action) Discovery Dispute (Doc. Nos. 61, 63)

Dear Judge Seibel:

I represent the Defendants in the above referenced action.

I conferred with Plaintiffs' counsel yesterday. We agreed on a document production date and discussed the content of the Parties' document production. Document production is moving forward.

As a result, Plaintiffs and Defendants respectfully request the Court adjourn any discovery conference at this time without date. If there are any future issues regarding document production, then the Parties will bring them to the Court's attention at a later time.

Thank you for your assistance.

Very truly yours,

/s/ *Patience E Schermer*

Patience E. Schermer, Esq.
Sheats & Bailey, P.L.L.C.
*Attorneys for Defendants*

cc:  Penn A. Dodson, Esq.
     AndersonDodson, P.C.
     *Attorneys for Plaintiffs*
     (Via e-mail only)