

*Discovery conference adjourned to 2/1/22 at 1:45 pm.*

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
1/21/22

January 21, 2022

Hon. Cathy Seibel
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
chambersnysdseibel@nysd.uscourts.gov
VIA ECF & COURTESY COPY BY EMAIL

RE: *Bray et al v. New York Gypsum Floors Inc. et al*   Case No. 7:21-cv-02340-CS
REQUEST TO ADJOURN DISCOVERY DISPUTE CONFERENCE

Your Honor:

We represent the Plaintiffs in the above-referenced collective action. We write in response to your Order setting a discovery dispute hearing for January 24, 2022, related to Defendants' endorsed letter [Dkt 65]. I am scheduled to be in a full day deposition on January 24. My office has attempted to confer with opposing counsel on rescheduling but have not yet heard back to know their position.

The current deadline for production of the documents requested as stated in the subpoena is January 20, 2022. We have not received a response. In the mean time, in today's mail we will issue a letter to the third party discovery entity at issue (Bank of America) using the same contact information we previously used to let them know that they should put the request "on hold" pending resolution of this dispute. (We have not heard from any agents of the bank via any other medium yet.)

The Court has also Ordered that we provide a response to Defendant's letter by today. We will do so separately later today.

Following are dates/times I have available in the near future:
- 1/26/2022 (any time)
- 1/21/2022 (afternoon)
- 2/1/2022 (afternoon)

Thank you for your consideration of these matters.

ANDERSONDODSON, P.C.
11 BROADWAY, SUITE 615 | NEW YORK, NEW YORK 10004
TEL: (212) 961-7639 | FAX: (646) 998-8051
WWW.ANDERSONDODSON.COM

Sincerely,

*[signature]*

Penn Dodson, Esq.
penn@andersondodson.com